(110 So. 923)

John MIMS v. STATE.    (5 Div. 641.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

BRICKEN, P. J. From a judgment of conviction for the offense of violating the prohibition law this appeal was taken. The trial was had by the court without a jury, and upon arraignment the defendant interposed a plea of guilty, whereupon he was so adjudged by the court, and was duly sentenced to perform hard labor for the county. There is no bill of exceptions. The record is regular in all things. Let the judgment of conviction, from which this appeal is taken, stand affirmed. Affirmed.

(110 So. 923)

Velpo MIMS v. STATE.    (5 Div. 643.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

RICE, J. Affirmed.

(106 So. 921)

Oscar MINOR v. STATE.    (5 Div. 587.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

(108 So. 925)

Clarence MINOR v. STATE.    (3 Div. 524.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge. Distilling.

SAMFORD, J. Affirmed.

(110 So. 923)

Early MITCHELL v. STATE.    (4 Div. 284.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

BRICKEN, P. J. The defendant was indicted, tried, and convicted for the offense of grand larceny. The specific charge was that he feloniously took and carried away a cow of the value of $25, the personal property of J. W. Owens. He was duly sentenced to an indeterminate term of imprisonment of not less than 14 months and not more than 18 months in the penitentiary. From the judgment of conviction he appealed. There is no bill of exceptions, and, as the record proper, upon which this appeal is predicated, is without error, the judgment of conviction, appealed from, will stand affirmed. Affirmed.

(110 So. 923)

W. J. MITCHUM v. M. C. BARNETT.    (6 Div. 920.)    (Court of Appeals of Alabama. Nov. 26, 1926.)  Appeal from Circuit Court, Fayette County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(106 So. 921)

W. O. MONROE v. CITY OF PHENIX CITY.    (4 Div. 92.)    (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

(108 So. 925)

Jimmie MONTGOMERY v. STATE.    (6 Div. 12). (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(106 So. 921)

Uler MOORE v. STATE.    (8 Div. 337.) (Court of Appeals of Alabama. Jan. 26, 1926.) Appeal from Circuit Court, Morgan County; J. E. Horton, Judge. Burglary.

SAMFORD, J. Appeal dismissed.

(110 So. 924)

William Allen MOORE v. STATE.    (5 Div. 613.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Coosa County; E. S. Lyman, Judge.

RICE, J. Affirmed.

(109 So. 926)

Ligon MORRISON v. STATE.    (7 Div. 265.) (Court of Appeals of Alabama. June 8, 1926.) Appeal from Circuit Court, Cleburne County; R. B. Carr, Judge. Possessing a still.

BRICKEN, P. J. Appeal dismissed by appellant.

(108 So. 925)

Allen MULDER v. STATE.    (5 Div. 609.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Elmore County; G. F. Smoot, Judge. Assault to murder.

BRICKEN, P. J. Appeal dismissed on motion of state.

(106 So. 921)

Tom MULLINS v. STATE.    (4 Div. 85.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.